Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18−17523−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Daniel J Gaughran
228 Marcia Way
Bridgewater, NJ 08807

Loralyn Gaughran
228 Marcia Way
Bridgewater, NJ 08807

Social Security No.:
  xxx−xx−2205

                xxx−xx−0033

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on October 29, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 33 − 30
Order Granting Application for Extension of Loss Mitigation (Related Doc # 30). Loss Mitigation Period Extended to: 1/21/19. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/29/2018. (bwj)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 29, 2018
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-17523-CMG
Daniel J Gaughran                                                       Chapter 13
Loralyn Gaughran
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Oct 29, 2018
                              Form ID: orderntc        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2018.
lm             +Specialized Loan Servicing,   8742 Lucent Blvd,,   Ste 300,   Littleton, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2018 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          David L. Stevens    on behalf of Joint Debtor Loralyn  Gaughran dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesp
           osito@scuramealey.com
          David L. Stevens    on behalf of Debtor Daniel J Gaughran dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesp
           osito@scuramealey.com
          Denise E. Carlon    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
           Morgan Stanley ABS Capital I Inc. Trust 2006-WMC2, Mortgage Pass-Through Certificates, Series
           2006-WMC2 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          John J. Scura, III    on behalf of Joint Debtor Loralyn  Gaughran jscura@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesp
           osito@scuramealey.com
          John J. Scura, III    on behalf of Debtor Daniel J Gaughran jscura@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;jesp
           osito@scuramealey.com
          Kevin Gordon McDonald    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee
           for Morgan Stanley ABS Capital I Inc. Trust 2006-WMC2, Mortgage Pass-Through Certificates,
           Series 2006-WMC2 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 8