UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP.
1599 Hamburg Turnpike
Wayne, NJ 07470
Tel: (973) 696-8391
Fax: (973) 696-8571
Counsel for Debtor

Order Filed on April 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Daniel J Gaughran
Loralyn Gaughran

Case No.:  18-17523

Chapter:  13

Judge:  CMG

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES NUNC PRO TUNC

The relief set forth on the following page is **ORDERED**.

**DATED: April 18, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura,Wigfield, Heyer, Stevens & Cammarota, LLP.  , the applicant, is allowed a fee of $ _____4,710.00_____ for services rendered and expenses in the amount of $_____495.21_____ for a total of $_____5,205.21_____ . The allowance is payable:

    ☒  $1,855.21 through the Chapter 13 plan as an administrative priority.

    ☒  $3,350.00 outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for ___n/a___ months to allow for payment of the above fee.

Debtors' counsel will return the balance of $1,144.79 directly to the Chapter 13 Trustee.

*rev.8/1/15*