UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP.
1599 Hamburg Turnpike
Wayne, NJ 07470
Tel: (973) 696-8391
Fax: (973) 696-8571
Counsel for Debtor

Order Filed on April 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Daniel J Gaughran
Loralyn Gaughran

Case No.: __18-17523__

Chapter: 13

Judge: __CMG__

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES NUNC PRO TUNC

The relief set forth on the following page is **ORDERED**.

**DATED: April 18, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura,Wigfield, Heyer, Stevens & Cammarota, LLP.  , the applicant, is allowed a fee of $ _____4,710.00_____ for services rendered and expenses in the amount of $_____495.21_____ for a total of $_____5,205.21_____ . The allowance is payable:

☒ $1,855.21 through the Chapter 13 plan as an administrative priority.

☒ $3,350.00 outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for __n/a_____ months to allow for payment of the above fee.

Debtors' counsel will return the balance of $1,144.79 directly to the Chapter 13 Trustee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Daniel J Gaughran
Loralyn Gaughran
    Debtors

Case No. 18-17523-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 23, 2019
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2019.
db/jdb       +Daniel J Gaughran,    Loralyn Gaughran,    228 Marcia Way,    Bridgewater, NJ 08807-5685

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                                           Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2019 at the address(es) listed below:

         Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
         Albert Russo    docs@russotrustee.com
         David L. Stevens    on behalf of Joint Debtor Loralyn Gaughran dstevens@scuramealey.com,
         ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@scuramealey.com
         David L. Stevens    on behalf of Debtor Daniel J Gaughran dstevens@scuramealey.com,
         ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@scuramealey.com
         Denise E. Carlon    on behalf of Creditor Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-WMC2, Mortgage Pass-Through Certificates, Series 2006-WMC2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         John J. Scura, III    on behalf of Debtor Daniel J Gaughran jscura@scuramealey.com,
         ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@scuramealey.com
         John J. Scura, III    on behalf of Joint Debtor Loralyn Gaughran jscura@scuramealey.com,
         ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@scuramealey.com
         Kevin Gordon McDonald    on behalf of Creditor Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-WMC2, Mortgage Pass-Through Certificates, Series 2006-WMC2 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         TOTAL: 9