| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Scura, Wigfield, Heyer<br>Stevens & Cammarota, LLP<br>1599 Hamburg Turnpike<br>P.O. Box 2031<br>Wayne, New Jersey 07470<br>Tel: 973-696-8391<br>Jamal J. Romero, Esq.<br>jromero@scura.com<br>*Counsel to the Debtors* | **Order Filed on January 22, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| *In re:*<br><br>DANIEL J. GAUGHRAN &<br>LORALYN GAUGHRAN<br><br>                    Debtors. | Chapter 13<br><br>Case No.: 18-17523<br><br>Judge: Hon. Christine M. Gravelle |

**ORDER AUTHORIZING DEBTORS, ON BEHALF OF DEBTORS' BUSINESS, TO OBTAIN POST PETITION FINANCING PURSUANT TO 11 U.S.C. § 1325**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 22, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtors: Daniel J. Gaughran & Loralyn Gaughran
Case No.: 18-17523
Caption of Order: **Order Authorizing Debtors, On Behalf of Debtors' Business, to Obtain Post Petition Financing Pursuant to 11 U.S.C. § 1325**

The Matter having come before this Court on the Motion for an Order Authorizing Debtors, On Behalf of Debtors' Business, to Obtain Post-Petition Financing (the "Motion") pursuant to 11 U.S.C. § 1325 filed by Daniel J. Gaughran and Loralyn Gaughran (the "Debtors"). The court finds that the authorization of post-petition financing is in the best interest of the Debtors, their estate, creditors and parties-in-interest. The Court finds that proper and adequate notice of the Motion has been given and that no other or further notice is necessary.

Based upon the foregoing findings, the Debtors has shown sufficient justification for the entry of this Order. Accordingly,

**IT IS ORDERED THAT:**

1. The Debtors are authorized to cause the Business, Lois Allen School of Dance, Inc., to obtain post-petition financing with the U.S. Small Business Administration ("Lender") up to $150,000.

2. The funds from said post-petition financing shall be used exclusively by the Debtors' Business to preserve and sustain the Business.

3. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in the Order

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of the Order.