|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Scura, Wigfield, Heyer<br>Stevens & Cammarota, LLP<br>1599 Hamburg Turnpike<br>P.O. Box 2031<br>Wayne, New Jersey 07470<br>Tel: 973-696-8391<br>Jamal J. Romero, Esq.<br>jromero@scura.com<br>*Counsel to the Debtors* | Order Filed on January 22, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| *In re:*<br><br>DANIEL J. GAUGHRAN &<br>LORALYN GAUGHRAN<br><br>　　　　　　Debtors. | Chapter 13<br><br>Case No.: 18-17523<br><br>Judge: Hon. Christine M. Gravelle |

**ORDER AUTHORIZING DEBTORS, ON BEHALF OF DEBTORS' BUSINESS, TO OBTAIN POST PETITION FINANCING PURSUANT TO 11 U.S.C. § 1325**

　　The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 22, 2021**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtors: Daniel J. Gaughran & Loralyn Gaughran
Case No.: 18-17523
Caption of Order: **Order Authorizing Debtors, On Behalf of Debtors' Business, to Obtain Post Petition Financing Pursuant to 11 U.S.C. § 1325**

The Matter having come before this Court on the Motion for an Order Authorizing Debtors, On Behalf of Debtors' Business, to Obtain Post-Petition Financing (the "Motion") pursuant to 11 U.S.C. § 1325 filed by Daniel J. Gaughran and Loralyn Gaughran (the "Debtors"). The court finds that the authorization of post-petition financing is in the best interest of the Debtors, their estate, creditors and parties-in-interest.  The Court finds that proper and adequate notice of the Motion has been given and that no other or further notice is necessary.

Based upon the foregoing findings, the Debtors has shown sufficient justification for the entry of this Order.  Accordingly,

**IT IS ORDERED THAT:**

1.  The Debtors are authorized to cause the Business, Lois Allen School of Dance, Inc., to obtain post-petition financing with the U.S. Small Business Administration ("Lender") up to $150,000.

2.  The funds from said post-petition financing shall be used exclusively by the Debtors' Business to preserve and sustain the Business.

3.  The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in the Order

4.  The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of the Order.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-17523-CMG |
| Daniel J Gaughran | Chapter 13 |
| Loralyn Gaughran | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 22, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Daniel J Gaughran, Loralyn Gaughran, 228 Marcia Way, Bridgewater, NJ 08807-5685 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2021                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| David L. Stevens | on behalf of Joint Debtor Loralyn Gaughran dstevens@scura.com ecfbkfilings@scurameley.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |
| David L. Stevens | on behalf of Debtor Daniel J Gaughran dstevens@scura.com ecfbkfilings@scurameley.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com |

District/off: 0312-3                        User: admin                        Page 2 of 2
Date Rcvd: Jan 22, 2021                     Form ID: pdf903                    Total Noticed: 1

Denise E. Carlon
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-WMC2, Mortgage Pass-Through Certificates, Series 2006-WMC2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Specialized Loan Servicing  LLC bk@stewartlegalgroup.com

Jamal J Romero
    on behalf of Joint Debtor Loralyn Gaughran jromero@scura.com rsanchez@scura.com;dstevens@scura.com;lhague@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com

Jamal J Romero
    on behalf of Debtor Daniel J Gaughran jromero@scura.com rsanchez@scura.com;dstevens@scura.com;lhague@scura.com;ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com

John J. Scura, III
    on behalf of Debtor Daniel J Gaughran jscura@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com

John J. Scura, III
    on behalf of Joint Debtor Loralyn Gaughran jscura@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;lhague@scura.com;mduran@scura.com;vmajano@scura.com;rshah@scura.com;martinezcr93878@notify.bestcase.com

Kevin Gordon McDonald
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-WMC2, Mortgage Pass-Through Certificates, Series 2006-WMC2 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12