| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

In re:

Daniel J Gaughran
Loralyn Gaughran

Debtor(s)

Case No.: 18-17523 / CMG

Judge: Christine M. Gravelle

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 10/6/2021, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  10/6/2021

/s/  Kierstyn Buchanan

Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Daniel J Gaughran<br>Loralyn Gaughran<br>228 Marcia Way<br>Bridgewater, NJ   08807 | Debtor(s) | Regular Mail |
| JOHN J SCURA, III<br>SCURA, WIGFIELD, HEYER & STEVENS LLP<br>PO BOX 2031<br>WAYNE, NJ   07470 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |