UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jamal J Romero
Scura, Wigfield, Heyer, Stevens & Cammarota, LLP
1599 Hamburg turnpike
wayne
Wayne, NJ 07470
973-696-8391
jromero@scura.com

| | |
|---|---|
| In Re: | Case No.: _____18-17523_____ |
| Daniel J Gaughran and Loralyn Gaughran | Judge: ___Christine M. Gravelle___ |
| | Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☒ Motion for Relief from the Automatic Stay filed by <u>Specialized Loan Servicing, LLC</u>, creditor,

    A hearing has been scheduled for _____4/6/2022_____, at _09:00 am_.


    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.


    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.


2.  I oppose the above matter for the following reasons **(choose one)**:

    ☒ Payments have been made in the amount of $ _____7128.72_____, but have not been accounted for.  Documentation in support is attached.

☐   Payments have not been made for the following reasons and debtor proposes
repayment as follows **(explain your answer)**:

☐  Other **(explain your answer)**:

3.      This certification is being made in an effort to resolve the issues raised in the certification
of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: _3/30/2022_____                   /s/ Daniel J Gaughran_____
                                                  Debtor's Signature

Date: _3/30/2022_____                   /s/ Loralyn Gaughran_____
                                                  Debtor's Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
Default.

*rev.8/1/15*

2626

228 Marcia way
Bridgewater, NJ 08807

DATE 3/4/22

55-136/312

PAY TO THE ORDER OF Specialized Loan Servicing                    $ 7,128 72/100

Seven thousand one hundred twenty eight and 72/100 DOLLARS

**TD Bank**

FOR Loan # 1012076133

MP

⑈00 26 26⑈   ⑈360⑈        527⑈

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Littleton, CO 80129

**OFFICIAL USE**

| | | |
|---|---|---|
| Certified Mail Fee $3.75 | | 0607 |
| $ | $0.00 | 24 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)  $ $0.00
- ☐ Return Receipt (electronic)  $ $0.00
- ☐ Certified Mail Restricted Delivery  $ $0.00
- ☐ Adult Signature Required  $ $0.00
- ☐ Adult Signature Restricted Delivery  $

Postage  $0.58

$

Total Postage and Fees
$4.33

$

Postmark
Here

MAR - 4 2022

03/04/2022

Sent To  Specialized Loan Servicing

Street and Apt. No., or PO Box No.  8742 Lucent Blvd. Suite 300

City, State, ZIP+4®  Highlands Ranch, CO 80129

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7022 0410 0003 2088 7798