| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Specialized Loan Servicing LLC as servicing agent for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-WMC2, Mortgage Pass-Through Certificates, Series 2006-WMC2* |

In re:

Daniel J. Gaughran
Loralyn Gaughran
                            Debtors.

Chapter 13

Case No. 18-17523-CMG

Hearing Date: April 20, 2022

Judge Christine M. Gravelle

## CERTIFICATION OF CONSENT REGARDING CONSENT ORDER

     I certify that with respect to the Consent Resolving the Motion to Vacate Automatic Stay ("Consent Order") submitted to the Court by Specialized Loan Servicing LLC as servicing agent for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-WMC2, Mortgage Pass-Through Certificates, Series 2006-WMC2 ("Creditor") and the Debtors, the following conditions have been met:

     (a)  The terms of the Consent Order are identical to those set forth in the original consent order;

     (b)  The signatures represented by the /s/ _____ on the Consent Order reference the signatures of consenting parties obtained on the original Consent Order;

     (c)  I will retain the original Consent Order for a period of 7 years from the date of closing of the case or adversary proceeding.

     (d)  I will make the original Consent Order available for inspection on request of the Court or any party in interest; and

(e) I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

                        Stewart Legal Group, P.L.
                        Attorney for Specialized Loan Servicing LLC as servicing agent for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-WMC2, Mortgage Pass-Through Certificates, Series 2006-WMC2

Dated: April 19, 2022           By: */s/Gavin N. Stewart*
                                        Gavin N. Stewart, Esq.