|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Scura, Wigfield, Heyer,<br>Stevens & Cammarota, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Tel.: 973-696-8391<br>David L. Stevens<br>dstevens@scura.com<br>Attorney for Debtors | Order Filed on May 19, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In Re:<br>Daniel J Gaughran &<br>Loralyn Gaughran,<br>Debtors | Case No.: 18-17523-CMG<br>Chapter: 13<br>Judge: CMG |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 19, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $    1,305.00    for services rendered and expenses in the amount of $    2.80    for a total of $    1,307.80   . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $    1,835.00    per month for    11    months to allow for payment of the above fee.

*rev.8/1/15*